## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Jane Doe,

Plaintiff(s),

v.

National Council of State Boards of Nursing &
Barbara Blozen,

Defendant(s).

Case No. 1:26-cv-01667
Judge April M. Perry

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

___

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

___

☒     other: On 2/18/2026, the Court dismissed the complaint in this matter after screening it pursuant to 28 U.S.C. § 1915(e)(2)(B) and finding that there was no proper venue over this action in the Northern District of Illinois based upon the allegations in the complaint and that there appeared to be no personal jurisdiction over the defendants. See Doc. 5. The Court also noted that Plaintiff appeared to have litigated the same facts in several other cases in other jurisdictions. Id. Plaintiff was instructed that any amended complaint must be filed by 3/11/2026, and that failure to file an amended complaint by that date would result in dismissal of this action. Id. Plaintiff has not filed an amended complaint, and therefore this action is now dismissed. Civil case terminated.

___

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge   April M. Perry

ILND 450 (Rev. 10/13) Judgment in a Civil Action

Date:   3/26/2026                                    Thomas G. Bruton, Clerk of Court

                                                      J. Capparelli, Deputy Clerk